NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**AGILENT TECHNOLOGIES, INC.,**
*Appellant,*

v.

**WATER TECHNOLOGIES CORPORATION,**
*Appellee.*

2015-1280

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,947.

**O R D E R**

Water Technologies Corporation submits a copy of a request it filed at the United States Patent and Trademark Office but requests no relief from the court.

Accordingly,

IT IS ORDERED THAT:

The document is placed on the court's docket with no further response from the court.

2           AGILENT TECHNOLOGIES, INC. v. WATER TECHNOLOGIES
                                               CORPORATION

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court


s26