UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
15-1280

_____

AGILENT TECHNOLOGIES, INC.,
*Appellant,*

v.

WATER TECHNOLOGIES CORPORATION,
*Appellee.*

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board
_____

**UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF PRINCIPAL ATTORNEY OF RECORD FOR APPELLANT**
_____

STEVEN B. KELBER
skelber@labgoldlaw.com
THE LAW OFFICES OF MARC R. LABGOLD, P.C.
12007 Sunrise Valley Drive
Suite 110
Reston, Virginia 20191
Tel: (240) 506-6702
*Counsel for Appellant Agilent Technologies, Inc.*

7611730.1

Pursuant to Rule 47.3 of the Local Rules of the United States Court of Appeals for the Federal Circuit, Steven B. Kelber of the Law Offices of Marc R. Labgold, P.C., hereby moves to withdraw as principal attorney of record for Appellant and for the substitution of John M. Griem, Jr., a member of Carter Ledyard & Milburn LLP, as counsel for Appellant. Appellant Agilent Technologies, Inc. ("Agilent") is the real party in interest and successor in interest to Aurora SFC Systems, Inc. This motion will not cause delay. Agilent has retained John M. Griem, Jr., and requested that the undersigned be replaced by him as principal attorney of record.

The undersigned hereby confirms that this motion is unopposed by Appellee Water Technologies Corporation and consented to by Agilent's new counsel, John M. Griem, Jr.

An Entry of Appearance for John M. Griem, Jr., a member of the bar of this Court, was submitted on April 9, 2015, but was rejected by the clerk since the undersigned was already listed as principal counsel. *See* Dkt. Entry No. 33.

Dated: April 15, 2015								Respectfully submitted,

THE LAW OFFICES OF MARC R. LABGOLD, P.C.


By:   /s/ Steven B. Kelber
    Steven B. Kelber
    12007 Sunrise Valley Drive, Suite 110
    Reston, Virginia 20191
    skelber@labgoldlaw.com
    Tel: (240) 506-6702
    *Attorneys for Appellant*
    *Agilent Technologies, Inc.*

# CERTIFICATE OF INTEREST OF APPELLANT AGILENT TECHNOLOGIES, INC.

Pursuant to Federal Circuit Rule 47.4, counsel for Agilent Technologies, Inc. ("Agilent") certifies that:

1. The full name of every party or amicus represented by me is:

    Agilent Technologies, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Agilent Technologies, Inc., real party in interest and successor in interest to Aurora SFC Systems, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Steven B. Kelber
    The Law Offices of Marc R. Labgold, P.C.
    12007 Sunrise Valley Drive, Suite 110
    Reston, Virginia 20191
    (240) 506-6702

John M. Griem, Jr.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
(212) 732-3200

Dated: April 15, 2015                Respectfully submitted,

                                      THE LAW OFFICES OF MARC R.
                                      LABGOLD, P.C.

                                      By:    /s/ Steven B. Kelber
                                          Steven B. Kelber
                                          12007 Sunrise Valley Drive, Suite 110
                                          Reston, Virginia 20191
                                          skelber@labgoldlaw.com
                                          Tel: (240) 506-6702
                                          *Attorneys for Appellant*
                                          *Agilent Technologies, Inc.*

7611730.1

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 15, 2015, the foregoing was electronically filed using the Court's CM/ECF system.  I further certify that on the same date a copy of the foregoing was served electronically via the Court's CM/ECF system or via e-mail on the counsel listed below:

 John M. Griem, Jr.
 Carter Ledyard & Milburn LLP
 2 Wall Street
 New York, New York
 (212) 732-3200
 Email: griem@clm.com

 *New Counsel for Agilent Technologies, Inc.*

 Erik P. Belt
 Kia L. Freeman
 Deborah M. Vernon
 McCarter & English, LLP
 265 Franklin Street
 Boston, Massachusetts 02110
 (617) 449-6506
 Email: ebelt@mccarter.com
   kfreeman@mccarter.com
   dvernon@mccarter.com

 *Counsel for Water Technologies Corporation*

           /s/ Steven B. Kelber
           Steven B. Kelber

7611730.1