# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

John M. Griem, Jr.
Partner
•
*Direct Dial: 212-238-8659*
*E-mail: griem@clm.com*

2 Wall Street
New York, NY 10005-2072
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

July 22, 2015

**VIA ECF**

Hon. Daniel O'Toole
Circuit Executive Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20005

    Re:    Waters Technologies Corporation v. Agilent Technologies, Inc.
            (Appeal No. 2015-1281)
            Agilent Technologies, Inc. v. Waters Technologies Corporation
            (Appeal No. 2015-1280)

Dear Mr. O'Toole:

    Pursuant to the Practice Notes to F.R.A.P. 34, I am writing to inform the Court of my availability for oral argument in the two cases referenced above, which this Court has designated as "companion" cases.  I am lead counsel and will be arguing the two cases of behalf of Agilent Technologies, Inc.

    I am unavailable August 18-September 1 for a family vacation.  I am also unavailable on August 13 for a court hearing, and from September 28-October 2, because of a long-scheduled professional conference and related travel.

    Thank you for your consideration.  Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*/s/ John M. Griem, Jr.*
John M. Griem, Jr.

JMG,Jr.:pf

cc:    All counsel of record (via ECF)

7654116.1